UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Martrell Antwoine Richardson**                    **Docket No. 5:20-CR-546-1M**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Martrell Antwoine Richardson, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on November 17, 2021, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On November 9, 2022, an order was filed with the court reducing Richardson's sentence from 52 months to 33 months.

Martrell Antwoine Richardson was released from custody on September 7, 2023, at which time the term of supervised release commenced.

On November 17, 2023, a Violation Report was filed with the court reflecting the defendant's use of marijuana. Richardson was referred to substance abuse treatment, enrolled in our district's Surprise Urinalysis Program and it was recommended that supervision be continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 18, 2024, the defendant tested positive for marijuana. Richardson signed an admission form stating the same.

The defendant is currently enrolled in outpatient treatment at First Step Services. In response to the instant violation, the probation office is recommending that a cognitive behavioral condition be added so that the probation officer can facilitate an interactive journaling guide with the defendant to explore his peer relationships. The defendant will also remain enrolled in the district's surprise urinalysis program. Based on these actions by the probation office, no further action is recommended at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Martrell Antwoine Richardson
Docket No. 5:20-CR-546-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: March 22, 2024

### ORDER OF THE COURT

Considered and ordered this 25th day of March, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge